# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **SHARON GILBERT,** | * |
| Plaintiff, | * |
| v. | *   Civil Case No. TDC-21-0128 |
| **PRINCIPAL LIFE INSURANCE COMPANY,** | * |
| | * |
| Defendant. | *** |

## CLERK'S ORDER TAXING COSTS

On August 16, 2022, this Court entered final judgment in favor of Defendant Principal Life Insurance Company and against Plaintiff Sharon Gilbert. ECF No. 60. Pursuant to the unopposed bill of costs filed on August 30, 2022, by Defendant, ECF No. 61, the costs are hereby taxed in favor of Defendant Principal Life Insurance Company and against Plaintiff Sharon Gilbert in the amount of **$932.44** and included in the judgment.

CATHERINE M. STAVLAS, CLERK

By: _____/s/_____
David E. Ciambruschini, Deputy Clerk

Dated this 20th day of January, 2023.